TO: Clerk Court
FROM: Willie C. Sanders #08005462
DATE: 5/12/09
RE: Claims

Case 2:09-cv-02393-JFB-SIL   Document 1-3   Filed 05/15/09   Page 1 of 1 PageID #: 8

CV 09 2393

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 15 2009 ★
LONG ISLAND OFFICE

BIANCO, J.
BOYLE, M.

To Whom It May Concern:

I made my claims our precise & to the point. However, in further proceeds I can give in depth details, & there is valid evidence to support each defendants violation.

Wherefore, your deponent respectfully request that you deem it appropriate.

Respectfully submitted
X Willie C. Sanders

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 15 2009 ★
LONG ISLAND OFFICE