

CULLENandDYKMANLLP

**Cynthia Augello**
Partner
Direct Dial: (516) 357-3753
Facsimile: (516) 296-9155
caugello@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

July 18, 2017

Honorable Joseph F. Bianco
United States District Court Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:    Sanders v. Garden City Police Department, et al.
       Civil Action No.: 09cv2393 (JFB)(SIL)

Dear Judge Bianco:

This firm represents the defendants in the above referenced matter. At this time, and in anticipation of the telephone conference before this Court scheduled for July 26, 2017, we write regarding the status of discovery.

The Parties respectfully request additional time to complete the discovery concerning the injuries Plaintiff alleges he suffered at the time of his arrest by Defendants. The reason for this request is that Plaintiff is and has been incarcerated and it is anticipated that he will be released in or about October 2017.

The Parties also write to inform the Court that they have been engaged in settlement discussions since the last conference, but have been unable, at this time, to reach a settlement.

Thank you for your time and consideration.

Respectfully submitted,

Cynthia A. Augello

*Founded 1850*

BROOKLYN          LONG ISLAND          MANHATTAN          WASHINGTON, D.C.          ALBANY          NEW JERSEY