DATE: 2/9/18     AT: 1:45 p.m.          TIME IN COURT: 1 hr
BEFORE JUDGE JOSEPH F. BIANCO

CIVIL CAUSE FOR SETTLEMENT CONFERENCE

**FILED
CLERK**
2/9/2018 5:21 pm
**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

DOCKET NUMBER: CV 09-2393

TITLE: Sanders v. Garden City Police Department et al.

APPEARANCES:    FOR PLAINTIFF: Jeffrey Weiner

FOR DEFENDANT: Cynthia Augello, Esq. and Ralph Suozzi

FTR RECORDER: 1:48-1:49          COURTROOM DEPUTY: Michele Savona

__X__    CASE CALLED.

__X__    COUNSEL FOR ALL SIDES PRESENT.

_____    COUNSEL FOR _____ NOT PRESENT.

__X__    CONFERENCE HELD.

_____    DISCOVERY TO BE COMPLETED BY _____

_____    PARTIES TO COMPLETE _____
         BY THE NEXT CONFERENCE
             OR BY _____

_____    HEARING SET FOR _____

_____    CASE TO BE REFERRED TO MAGISTRATE JUDGE _____ FOR ____

_____    MOTION TO BE FILED BY  /  /2018 ;
                RESPONSE BY  /  /2018 ;
                REPLY BY  /  /2018 .

_____    ORAL ARGUMENT SET FOR //2018 at     a.m.

_____    JURY SELECTION SET FOR _____

_____    JURY TRIAL SET FOR _____

__X__    OTHER Case settled. Stipulation of Dismissal to be
         submitted by March 9, 2018.