UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
WILLIS C. SANDERS,

                                Plaintiff,

-against-

GARDEN CITY POLICE DEPARTMENT,
JAMES BARTKOWSKI AND KEVIN M.
MADDEN,

                                Defendants.
-----------------------------------------------------------x

Civ. Case No.: 09-cv-2393
(JFB)(SIL)

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. A copy of the signatures on this Stipulation serves the same purposes as an original signature.

Dated: March 20, 2018

Attorneys for Plaintiff

By: _____
    Jeffrey K. Weinen

Attorneys for Defendants

By: _____
Cynthia A. Augello, Esq.
Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530

13