FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 26 2018 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
WILLIS C. SANDERS,

                            Plaintiff,

-against-

GARDEN CITY POLICE DEPARTMENT,
JAMES BARTKOWSKI AND KEVIN M.
MADDEN,

                            Defendants.
----------------------------------------------------------x

Civ. Case No.: 09-cv-2393
(JFB)(SIL)

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. A copy of the signatures on this Stipulation serves the same purposes as an original signature.

Dated: March 22, 2018

Attorneys for Plaintiff

By: _____
Jeffrey K. Weinen

SO ORDERED
_____
Joseph Bianco
Joseph F. Bianco
USDJ
Date: March 26, 2018
Central Islip, N.Y.

Attorneys for Defendants

By: _____
Cynthia A. Augello, Esq.
Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530

13  The clerk of the court shall close the case.